# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. 4:22-CV-01466-MWB |
| Plaintiff, | : |
| v. | : |
| CLEAR LINK INSURANCE AGENCY | : |
| Defendant. | : |

## DEFENDANT CLEAR LINK INSURANCE AGENCY'S FIRST SUPPLEMENTAL DISCLOSURES

Pursuant to Rules 26(e) of the Federal Rules of Civil Procedure, Defendant Clear Link Insurance Agency ("Clearlink" or "Defendant"), through its counsel of record, Rawle & Henderson LLP and Ray Quinney & Nebeker, hereby submit its First Supplemental Disclosures. *See* Federal R. Civ. P. 26(a)(1).

Defendant makes these disclosures based on the information reasonably and currently available to Defendant as of this date. Defendant reserves the right to supplement, modify, or withdraw these disclosures based on information developed in the course of this lawsuit through discovery, additional factual investigation, and/or modification of the scope of this proceeding. By making these

disclosures, Defendant does not necessarily represent or concede that the information disclosed is relevant, proportional, or admissible. Defendant does not waive, and expressly reserves, its right to object to further discovery regarding or admission of the information disclosed. Further, by disclosing this information, Defendant does not waive, and expressly reserve, its right to object to the disclosure of any information insulated by any privilege, protection, or immunity from discovery, such as the attorney-client privilege, work product protection, or spousal-communications privilege.

I.  **RULE 26(a)(1)(A)(i)**

> **[T]he name and, if known, the address and telephone number of . . . each individual likely to have discoverable information supporting its claims or defenses, unless solely for impeachment, identifying the subjects of the information[.]**

**Fed. R. Civ. P. 26(a)(1)(A)(i).**

Defendant's investigation of this matter is continuing, but, at this time, Defendant believes that the following individuals are likely to have discoverable information that Defendant may use to support its claims or defenses:

| **Individuals** | **Subjects** |
|---|---|
| Aragon Advertising, LLC<br>45 Main St. #816<br>Brooklyn, NY 11201 | Aragon Advertising, LLC is a lead provider that may have information on leads provided to Defendant. |

| **Individuals** | **Subjects** |
|---|---|
| PX<br>44 Wall Street, Suite 505<br>New York, NY 10005 | PX is a lead provider that may have information on leads provided to Defendant. |
| Torchlight Technology Group LLC<br>215 S Broad Street, 10th Floor<br>Philadelphia, PA 19107 | Torchlight Technology Group LLC is a lead provider that may have information on leads provided to Defendant. |
| What If Direct, LLC<br>400 Kelby St. Suite 1200<br>Fort Lee, NJ 07024 | What If Direct, LLC is a lead provider that may have information on leads provided to Defendant. |
| Datalot<br>228 Park Avenue South #21505<br>New York, NY 10003 | Datalot is a lead provider that may have information on leads provided to Defendant. |

Defendant reserves the right to amend or supplement this disclosure as discovery progresses in this case.

DATED this 8th day of June, 2023.

RAY QUINNEY & NEBEKER P.C

*/s/ Kennedy D. Nate*
Kennedy D. Nate (*Pro Hac Vice*)
Whitney Hulet Krogue (*Pro Hac Vice*)
Jessica Ramirez (*Pro Hac Vice*)

RAWLE & HENDERSON LLP     .

Johnathan McMeekin

*Attorneys for Defendant*

1640014

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I electronically sent the foregoing to counsel of record for Plaintiff.

       /s/ *Kennedy D. Nate*
       Kennedy D. Nate, *Pro Hac Vice*