# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARD JACKSON, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CLEAR LINK INSURANCE AGENCY, LLC, DIGITAL MEDIA SOLUTIONS, LLC and EMPIRE SOLUTIONS,**<br><br>Defendants. | Case No. 4:22-cv-1466 (MWB)<br><br><br><br>**RESPONSE TO<br>SUBPOENA** |

ARAGON ADVERTISING, LLC ("Aragon"), through its counsel, as and for its response to Plaintiffs' August 8, 2023 Subpoena, states as follows:

## RESPONSES

1. Aragon objects to this request on the ground that it is overbroad and in direct contravention of a settlement agreement and release entered with Plaintiff with an effective date of May 12, 2022. Without waiving such objection, Aragon responds that neither Aragon nor anyone acting on Aragon's behalf made any calls or sent any text messages to Plaintiff that were not covered by the May 12, 2022 settlement agreement and release.

2. See response at Paragraph 1.

3. See response at Paragraph 1.

4. See response at Paragraph 1.

5. See response at Paragraph 1.

6. See response at Paragraph 1.

7. See response at Paragraph 1.

Dated:	September 5, 2023

/s/ Jeremy Klausner
Jeremy Klausner Law, P.C.
*Attorney for Aragon Advertising, LLC*
21 Sheffield Ter.
West Orange, NJ 07052
(973) 671-5331
jklausner@klausnerlegal.com