UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GERARD JACKSON, *on behalf of himself and others similarly situated*,

      Movant,

  -v-

ARAGON ADVERTISING, LLC,

      Respondent.

---------------------------------------------------------------X

23-MC-347 (JMF)

TRANSFER ORDER

JESSE M. FURMAN, United States District Judge:

  On October 3, 2023, Respondent Aragon Advertising, LLC, filed a letter consenting to the transfer of this case to the United States District Court for the Middle District of Pennsylvania and to the presiding judge in *Gerard Jackson v. Clear Link Insurance Agency, LLC, et al.*, Civil Action No. 22-CV-01466, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* ECF No. 8. Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of the Court is directed to transfer this case to the United States District Court for the Middle District of Pennsylvania **immediately**, without regard to Local Rule 83.1.

  SO ORDERED.

Dated: October 3, 2023
   New York, New York

                  _____
                  JESSE M. FURMAN
                  United States District Judge