# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON on behalf of himself and others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>ARAGON ADVERTISING, LLC,<br><br>Respondent. | No. 4:23-MC-00812<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 9, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner Gerard Jackson's Motion to Compel (Doc. 1) is **GRANTED**.

2. Respondent Aragon Advertising, LLC shall produce information responsive to the subpoena for the period beginning May 22, 2022 to the present.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge